# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| IN RE:  ADOPTION OF: L.U. | : | No. 16 WAL 2023 |
| | : | |
| | : | |
| PETITION OF: S.U. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF: Z.U. | : | No. 17 WAL 2023 |
| | : | |
| | : | |
| PETITION OF: S.U. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN RE:  ADOPTION OF: L.U. | : | No. 18 WAL 2023 |
| | : | |
| | : | |
| PETITION OF: S.U. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 6th day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.